■ In the Matter of BROADUR REALTY CORPORATION, Petitioner, against STATE TAX COMMISSION, Respondent.— Motion for reargument denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLARD JACKSON, Appellant.— Motion for leave to prosecute appeal as a poor person and for assignment of counsel. Motion denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HUNTER, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for extension of time within which to perfect appeal granted and time is extended for 90 days. Motion for assignment of counsel granted and Andrew W. Pinckney, Esq., attorney at law, 90 State Street, Albany, New York, is hereby assigned as counsel for appellant. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ OGDEN J. ROSS et al., Appellants, v. CITY OF ROCHESTER et al., Respondents.— Motion to resettle order *nunc pro tunc* as of December 21, 1959, granted. Order signed. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOHN R. HILLIARD, Respondent, against ARMOUR & COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— The name of Irving B. Stern is stricken from the appearances noted on the record. Only lawyers may appear for parties in this court. Workmen's compensation representatives who are not lawyers are without right to appear. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ALEXANDER PIRAGOWSKI, Respondent, against NATIONAL SUGAR REFINING COMPANY et al., Appellants, and SPECIAL DISABILITY FUND, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal denied, as moot, without costs. The papers on appeal are now fully filed and the case will be placed upon the September Term Calendar. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH MAGETTA, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for an order requiring the Special Term to conduct a hearing denied, without costs. Decision of January 12, 1960 (10 A D 2d 588) which rescinded the decision of October 1, 1959 (9 A D 2d 703) granting permission to appeal as a poor person vacated and said decision of October 1, 1959 reinstated. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM SA MARION, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application to compel the Supreme Court, Clinton County, to grant a hearing in an article 78 proceeding denied. Permission is granted to prosecute appeal as a poor person. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THOMAS A. MACE et al., Appellants, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue and file and serve record and brief on or before August 15, 1960 and are ready for argument at the September Term of this court, in which event the motion is denied. Present— Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.